IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IARNACH TECHNOLOGIES LTD., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | |
| VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, and VERIZON SERVICES CORP., | § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00631-JRG |
| *Defendants*. | § § | |

# ORDER

Before the Court is the Joint Stipulation of Partial Dismissal Without Prejudice (the "Stipulation") filed by Plaintiff Iarnach Technologies Ltd. ("Plaintiff") and Defendants Verizon Business Network Services LLC, Verizon Enterprise Solutions, LLC, Cellco Partnership d/b/a Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global LLC, and Verizon Services Corp. (collectively, "Defendants" and with Plaintiff, the "Parties"). (Dkt. No. 68.) In the Stipulation, the Parties dismiss without prejudice Plaintiff's infringement claim regarding U.S. Patent No. 8,934,359 under Rule 41(a)(1)(A)(ii). (*Id*. at 1.) According to the Parties, "[t]his Stipulation resolves all remaining disputes in this litigation." (*Id*.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant are now **DISMISSED**

**WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Mar 11, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE